1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10
11

ROBERT CAREY,                              ) Case No. SA CV 12-173 JCG

12

        Plaintiff,                          )

13

      v.                                        ) **JUDGMENT**

14

MICHAEL J. ASTRUE,                         )

15

COMMISSIONER OF SOCIAL                     )
SECURITY ADMINISTRATION,                   )

16

        Defendant.                         )

17

_____           )

18
19
20

     IT IS ADJUDGED that the decision of the Commissioner of the Social

21

Security Administration is **AFFIRMED**.

22
23

DATED: November 30, 2012

24
25

_____
26

                 Hon. Jay C. Gandhi
            United States Magistrate Judge

27
28