1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11

ROBERT CAREY,                          ) Case No. SA CV 12-173 JCG
                                       )
12          Plaintiff,                 )
                                       )
13      v.                             ) **JUDGMENT**
                                       )
14  MICHAEL J. ASTRUE,                 )
    COMMISSIONER OF SOCIAL             )
15  SECURITY ADMINISTRATION,           )
                                       )
16          Defendant.                 )
                                       )
17                                     )
                                       )
18  _____ )

19
20          IT IS ADJUDGED that the decision of the Commissioner of the Social

21  Security Administration is **AFFIRMED**.

22

23  DATED: November 30, 2012

24
                                _____
25                                       Hon. Jay C. Gandhi
26                                   United States Magistrate Judge
27
28